FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 26 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
**UNITED STATES OF AMERICA,**

        Plaintiff,        ORDER OF REFERRAL

  - against -         CR-05-605(JG)

**Richard Pierre Surprise,**
        Defendant.

----------------------------------X

Gleeson, J.

    The defendant, **Richard Pierre Surprise**, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge **Gold** to administer the allocution pursuant to F.R. Crim., P, Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

    So as to facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution drafted by the Court in taking a guilty plea.

                      SO ORDERED. s/John Gleeson

                      JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
       July 25, 2006

**CONSENTED TO:**

**DEFENDANT:**

**ATTORNEY FOR DEFENDANT:**